WILLIAM L. MOFFAT, Respondent, *v.* THE LONG ISLAND RAILROAD COMPANY, Appellant.

*Moffat* v. *Long Island R. R. Co.*, 129 App. Div. 923, affirmed.
(Argued May 5, 1910; decided May 20, 1910.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered January 16, 1909, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial in an action to recover the value of articles stolen from a trunk in possession of defendant as a common carrier.

*Matthew J. Keany* and *Joseph F. Keany* for appellant.

*Theodore L. Frothingham* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, HAIGHT, WILLARD BARTLETT, HISCOCK and CHASE, JJ.

---

SAMUEL P. NORTON et al., Appellants, *v.* THE AMERICAN EXCHANGE NATIONAL BANK, Respondent.

*Norton* v. *American Exchange Nat. Bank*, 130 App. Div. 877, affirmed.
(Submitted May 5, 1910; decided May 20, 1910.)

APPEAL from a judgment entered March 4, 1909, upon an order of the Appellate Division of the Supreme Court in the first judicial department, which affirmed an interlocutory judgment of Special Term sustaining a demurrer to the complaint in an action to recover upon a bill of exchange.

*Carroll Sprigg* for appellants.

*Joseph M. Hartfield* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, HAIGHT, WILLARD BARTLETT, HISCOCK and CHASE, JJ.